

# LAW OFFICES OF ERIC FRANZ, P.L.L.C.

747 Third Avenue
20th Floor
New York, New York 10017

PH: (212) 355-2200
FAX: (212) 937-2217
www.efranzlaw.com

August 6, 2012

VIA ECF
Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

RE:   USA v. AL KARAQI; 11Cr.486 (DLI)

Dear Judge Irizarry:

    I represent Mr. Al. Karaqi in the above-referenced matter and submit this letter to seek a modification of Mr. Karaqi's bail conditions for this upcoming weekend. With the consent of AUSA Steven Tiscione and Pre-Trial Services Officer Labrovic, I respectfully request that Mr. Karaqi's bail restrictions be modified to permit him to travel to Lapeer, Michigan this Friday, August 10, 2012 for the purpose of picking up his 16 year old daughter (who is currently in Michigan) and to bring her back to New York on Sunday, August 12, 2012.

    For the Court's information, Mr. Karaqi is at liberty on a $300,000 Secured Appearance Bond, dated July 14, 2011, and the bond restricts his travel to the Eastern and Southern Districts' of New York. No prior applications for a modification of his bail restrictions has been previously sought and to my knowledge, there have been no infractions of any of his reporting requirements.

    I thank the Court for its consideration of this request.

Very truly yours,

ERIC FRANZ, ESQ.