# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** MAGISTRATE JUDGE AZRACK          **DATE:** 3/21/13

USA v. Al Karaqi                                    11-CR -486 (DLI)

**DEFENDANT'S NAME:** _____Al Karaqi_____

　　　　　　　_x_ present　___ not present　___ custody　_x_ bail

**DEFENSE COUNSEL:** ___Eric P. Franz___
　　　　　　　_s_ present___ not present　_x_ CJA　___ RET　___ PDA

**AUSA:** _____          **LAW CLERK:** ___Amy Weiner___

**INTERPRETER:** ___No___          **Language:** _____

**FTR:** Tape # 11:15:27 — 11:38:02

- _X_　CASE CALLED
- _X_　DEFENDANT:　_X_ SWORN　_X_ INFORMED OF RIGHTS
- ___　WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT
- ___　SUPERCEDING INDICTMENT / INFORMATION FILED
- ___　DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED
- _X_　DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT 3 OF THE (SUPERCEDING) INDICTMENT
- _X_　COURT FINDS FACTUAL BASIS FOR THE PLEA
- ___　SENTENCING SET FOR: _____
- _X_　SENTENCING TO BE SET BY JUDGE IRIZARRY
- _X_　BAIL:　___ SET　_X_ CONT'D FOR DEFT.　___ CONT'D IN CUSTODY
- _X_　TRANSCRIPT ORDERED

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.