# Exhibit B

Mrs. Antonetta Karaqi

August 6, 2013

As a supportive wife, I, Antonetta Karaqi, for my husband, Alfred:

I first met my husband in 1993 in Switzerland at his uncle's house.  I noticed his respectful manner with his family and towards strangers and the way he carried himself.  He was an honest and hardworking man.  Within a year, all my first impressions were confirmed and we were married.  We've been together for 20 years and he's given me the family and life I get to enjoy today.  We have had our fare share of ups and downs, but my husband is a very supportive man.  He's thoughtful and loyal.  He is an amazing father of two beautiful kids, A      and S       He loves his children and gives his best effort and beyond to give them the life that they deserve.  I can call him not only my husband, but also my best friend.  I love him and the family he's provided me.

Al isn't just a good husband; he's a good man.  He looks out for our safety, yet is generous with those who need help.  When my father passed away last year, he not only took care of me emotionally, he helped my family financially.  He was always checking up on them to see if there was anything he could do for them. He worked for his father since he was 17 in support of the family and, since his father's death on June 2, 2013, he has continued to help support his mother, his sister, and her twin children.  He's passionate about life and his family.   I am very grateful for the man he has become and I look forward to living the rest of my life with him and our children with great anticipation and   hope.

Thank you,
Antonetta Karaqi

**Page 1**

Krystal Morales

Character Letter for Alfred Karaqi

To whom it may concern:

I am submitting this letter in reference to the sentencing that is approaching from the guilty plea Alfred Karaqi is entering. I ask that the courts show compassion on him, he is a family man and a hard working participating citizen of our society.

I have known Alfred Karaqi seven years. Through out that period I have worked for him as a secretary on and off whenever he had work available and if there was not, he always aided me in finding work else where. When I met him I was a young single mother of a four year old little girl, coming out of an abusive relationship. After a short time of knowing me he helped me relocate to another apartment in a better neighborhood where it was safe for my daughter and I. Mr. Karaqi encouraged me to go back to college, provided financial aid for my books and tuition through employment with his company, and has written numerous recommendation letters on my behalf that has led to great employment opportunities. It is because of him I have a descent job and am able to provide a stable home and good education for my child.

Mr. Karaqi has displayed an exquisite example of what it is to be the head of a house hold, and has shown me through hard work and determination you can create a good life for yourself and your family. After many years of knowing Mr. Karaqi and through his countless selfless acts that I have witnessed I can certainly attest that he is a

Page 2

kind, compassionate man and it is just in his nature to help people within his power, that are fortunate enough to cross his path without expecting anything in return. Again I ask the courts to please show mercy on him, so he can continue being an upstanding citizen and work to provide for his family.

Thank you,

*Krystal Morales*
Krystal Morales

Wayne Erickson

July 15, 2013

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

### Re: Letter in Support of Al Karaqi

Dear Judge Irizarry:

I am submitting this letter in support of Al Karaqi.  I know he has entered a guilty plea and his sentencing is approaching.  I would like to request that the court show leniency on Al so he can remain with his family.

Al and I met in 2005 when his family moved next door to mine, both families immediately became friends.  I cannot adequately express how grateful I am to have met Al and for our continuous friendship.  On so many occasions and levels, Al has supported me, guided me and yes he has even pointed me out to be a complete idiot.  Going back 6 – 7 years I was not in a good place.  I had a mental breakdown that I refuse to accept.  This breakdown came to close to me losing my wife and kids.  I would fight daily with my wife to a point where I almost walked out on them until Al stepped in spent the time to calmly talk with me/show me that I was wrong and thanks to him I was able to seek help and thank god my marriage remains solid today.  Al has helped me through the loss of my employment, loss of loved ones and of course happy times we've shared with our families' wives, kids, parents etc.

The trust I have in Al is not easily transcribed on paper.  I can only proclaim what all parents feel, my kids are my world and I would 100% trust Al with the welfare of my children.  I have no

Page 4

reservations that Al will guide them to make the right choices, protect them and care for them through our lives.

I have met a lot of people in my life very few I would put myself on the line for.  Al is one of the few I would go to bat for any day.  He is a man of strength, kindness, compassion, humor, devotion and loyalty.

He is an honest man who has made a mistake and is willing to make amends.  Again, I respectfully request that the court show leniency on Al Karaqi he is a good man.

Thank you.


Wayne Erickson

**Page 5**